US00D649987S

(12) **United States Design Patent**
Dunnahoe

(10) **Patent No.:**      **US D649,987 S**
(45) **Date of Patent:**      **\*\***   **Dec. 6, 2011**

(54) **CARBIDE CHIP**

(76) Inventor:   **Duane C. Dunnahoe**, New Iberia, LA (US)

(\*\*) Term:   **14 Years**

(21) Appl. No.: **29/348,751**

(22) Filed:   **Feb. 4, 2010**

(51) LOC (9) Cl.   ..................................................   **15-09**
(52) U.S. Cl.   ...............................................   **D15/139**
(58) Field of Classification Search ....................   D8/70;
D15/138, 139;  407/42, 112–119
See application file for complete search history.

(56)      **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,727,410 | A | \* | 2/1988 | Higgins, III | 257/700 |
| 5,681,189 | A | \* | 10/1997 | Dunham | 439/738 |
| D571,851 | S | \* | 6/2008 | Myers | D17/22 |
| D600,541 | S | \* | 9/2009 | Steppat et al. | D8/380 |
| D603,433 | S | \* | 11/2009 | Zastrozynski | D15/139 |
| D640,716 | S | \* | 6/2011 | Takahashi et al. | D15/139 |
| 2003/0039519 | A1 | \* | 2/2003 | Scherbarth | 407/113 |

\* cited by examiner

*Primary Examiner* — Patricia Palasik
(74) *Attorney, Agent, or Firm* — Ted M. Anthony

(57)      **CLAIM**

The ornamental design for a carbide chip, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a carbide chip of the present invention.
FIG. **2** is a rear perspective view of a carbide chip depicted in FIG. **1**.
FIG. **3** is a front elevation view of a carbide chip depicted in FIGS. **1** through **2**.
FIG. **4** is a side elevation view of a carbide chip depicted in FIGS. **1** through **3**.
FIG. **5** is a rear elevation view of a carbide chip depicted in FIGS. **1** through **4**.
FIG. **6** is a side sectional view of a carbide chip depicted along line 6-6 of FIG. **3**.
FIG. **7** is a perspective view of a carbide chip with a plurality of carbide chips of the present invention disposed on a mill shown in broken lines forming no part of the claimed design.
FIG. **8** is a perspective view of a carbide chip with a plurality of carbide chips of the present invention joined in a honeycomb configuration shown in broken lines forming no part of the claimed design.
FIG. **9** is a rear elevation view of a carbide chip with a plurality of carbide chips shown in broken lines forming no part of the claimed design depicted in FIG. **8**; and,
FIG. **10** is a rear perspective view of a carbide chip with a plurality of carbide chips shown in broken lines forming no part of the claimed design depicted in FIGS. **8** and **9**.
The present invention is a carbide chip used on down-hole tools including, without limitation, mills.

**1 Claim, 2 Drawing Sheets**





EXHIBIT
A



*Fig. 1*



*Fig. 2*



6

6

*Fig. 3*



*Fig. 4*



*Fig. 6*



*Fig. 5*



*Fig. 7*



*Fig. 8*



*Fig. 9*



*Fig. 10*











